

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2019

No. 04-19-00180-CV

**IN RE FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On March 26, 2019, relator filed a petition for writ of mandamus, the real party in interest responded, and relator replied. After reviewing the petition, the response, the reply, and the record, we conclude relator is entitled in part to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART and DENIED IN PART. TEX. R. APP. P. 52.8(c).

We conditionally GRANT relator's petition for writ of mandamus in part and ORDER the Honorable Laura Salinas to (1) withdraw her January 25, 2019 "Order on Motion to Dismiss," and (2) enter an order granting relator's Rule 91a motion to dismiss Casandra Longoria's breach of contract claim. We DENY mandamus relief challenging the trial court's denial of relator's Rule 91a motion to dismiss Casandra Longoria's negligent-failure-to-settle claim. Because the trial court's January 25, 2019 order awarded Casandra Longoria attorney's fees and because we grant the petition for writ of mandamus in part, we further ORDER Judge Salinas to reconsider her award of attorney's fees. The writ will issue only in the event we are notified that Judge Salinas fails to comply within fifteen days from the date of this order.

It is so **ORDERED** on June 26, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI11399, styled *Cassandra Longoria v. Farmers Insurance d/b/a Farmers Texas County Mutual Insurance*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Karen H. Pozza signed one of the orders and the Honorable Laura Salinas signed the other order at issue in this proceeding.